| ☐ County Court  ☑ District Court | |
|---|---|
| _____ County, Colorado  Court Address: UNITED STATES DISTRICT COURT 901 19TH STREET DENVER, CO 80294  Plaintiff(s)/Petitioner(s) THE PEOPLE OF COLORADO; v. MEIGRA MARIE GLIVAR  Defendant(s)/Respondent(s) WELD COUNTY JAIL DIRECTOR Z. POULSEN; DEPUTY RUVALCABA; MS. TROUT; MR. OVERHOLT; WELD COUNTY SHERRIF; WELD COUNTY JAIL; WELD COUNTY JAIL ADMINISTRATORS | **FILED** UNITED STATES DISTRICT COURT DENVER, COLORADO  **MAR 14 2019**  JEFFREY P. COLWELL CLERK  ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):  Phone Number:      E-mail: FAX Number:       Atty. Reg. #: | Case Number:  Division         Courtroom |

EMERGENCY MOTION TO FILE LAWSUIT

For the following reasons: (cite any applicable law)

SINCE INCARCERATION 9/3/18 MY COMMISARY BALANCE HAS BEEN INCORRECT, GIVING ME ACCESS TO ONLY TOOTHPASTE AND SOAP. I AM STILL INCARCERATED AS OF 1/29/19. I AM ONLY FED THREE ITEMS FOR BREAKFAST AND LUNCH. I AM SERVED PORK AS A VEGATARIAN 1/0 TO THREE MEALS PER DAY. I DONT EAT PORK I'M LOSING WEIGHT, I HAVE BEEN DENIED ACCESS TO A BIBLE, KORAN AND LOTION ALSO; DENIED BY MEDICAL STAFF VITAMINS.

I request the Court to:

ORDER INVESTIGATION INTO UNBALANCED COMMISARY ACCOUNTS STATEWIDE ORDER KEEFE COMPANY TO BALANCE ALL COMMISARY ACCOUNTS CORRECTLY AND TAKE OVER RESPONSIBILITY OF ACCURATE ACCOUNTING AS COUNTY'S ARE INCOMPETENT AND NEGLEGENT IN DOING THIS ACCURATELY. PLAN TRAINING FOR JAIL CHAPLIN'S AND MEDICAL STAFF IN CONSTITUTIONAL CONDUCT. DEPUTY'S STATE THE PORK IS "SOY MEAT" THIS NEED INVESTIGATION.

Dated: 3/04/2019

☑ Petitioner/Plaintiff   OR   ☐ Respondent/Defendant

2110 "O" STREET
Address

GREELEY, CO 80631
City, State and Zip Code

Telephone Number (Home)      (Work)

**CERTIFICATE OF MAILING**

I certify that on 03/04/2019 (date) the original of this Motion was filed with the Court; and a true and accurate copy of this EMERGENCY MOTION TO FILE LAWSUIT was served on the other party(ies) by placing it in the United States mail, postage pre-paid and addressed to the following: WELD COUNTY

WELD COUNTY
910 10TH AVENUE
GREELEY, COLORADO 80631

☑ Petitioner/Plaintiff   OR   ☐ Respondent/Defendant

JDF 76  5/02   MOTION TO



# Inmate Request Form

Name: Meida Glivar
Inmate Number: 336638
Date: 01-24-2019
Housing Location: N-11

Rcvd 1/24/19 2000

ONE REQUEST PER KITE PLEASE:
What is your request?
*IF MEDICAL IN NATURE, GIVE DIRECTLY TO THE NURSE DURING MEDICATION ROUNDS*

Hello,

May I please have lotion one or two times per day since I'm indigent.

Thanks,

[signature]

## STAFF USE BELOW THIS LINE

Routing: Housing Unit Deputy (printed name and badge number) _____

( ) Pod Deputy ( ) Kitchen ( ) Laundry ( ) Phone services

( ) Inmate Services ( ) Booking ( ) Mail room ( ) Other _____

Staff Response:
Ms. Glivar,
You do not meet the criteria for lotion. If you would like to kite to see the provider in clinic, it will be a $10 fee. This visit would not guarantee you lotion.

Staff Name/ID number (print name): Beatriz RN    Date/Time 1/24/19 2310
Returned to inmate by (print name): _____    Date/Time _____

Inmate Request Form revised 10/2015



# Weld County Sheriff — Inmate Request Form

Name: Meigra Glivar
Inmate Number: 336638
Date: 01-24-2019
Housing Location: N-11

RCVD 1/24/19 2000

ONE REQUEST PER KITE PLEASE:
What is your request?
*IF MEDICAL IN NATURE, GIVE DIRECTLY TO THE NURSE DURING MEDICATION ROUNDS*

Hello,

My stomach is upset, with nausea and some vomiting. Please put me on a liquid diet. Thanks.

**STAFF USE BELOW THIS LINE**

Routing: Housing Unit Deputy (printed name and badge number) _____

( ) Pod Deputy    ( ) Kitchen    ( ) Laundry    ( ) Phone services
( ) Inmate Services    ( ) Booking    ( ) Mail room    ( ) Other_____

Staff Response:

Ms Glivar,
Please save your vomit so medical can see it. A liquid diet has not been placed. Ensure to drink plenty of water to prevent dehydration.

Staff Name/ID number (print name): Beatify
Date/Time: 1/24/19 2314
Returned to inmate by (print name): _____
Date/Time: _____

Inmate Request Form revised 10/2015



# WELD COUNTY SHERIFF

## Inmate Request Form

Name: Mugra Glivar
Inmate Number: 336638
Date: 01-24-2019
Housing Location: N111

ONE REQUEST PER KITE PLEASE:
What is your request?
*IF MEDICAL IN NATURE, GIVE DIRECTLY TO THE NURSE DURING MEDICATION ROUNDS*

Hello,
May I please have a multivitamin?

Thanks,

## STAFF USE BELOW THIS LINE

Routing: Housing Unit Deputy (printed name and badge number) _____

( ) Pod Deputy      ( ) Kitchen      ( ) Laundry      ( ) Phone services
( ) Inmate Services ( ) Booking      ( ) Mail room    ( ) Other_____

Staff Response:
Ms. Glivar,
You have previously been denied a MVI. If you would like to discuss this further with the provider, please kite for a clinic appt and a $10 fee will apply.

Staff Name/ID number (print name): Beaty RN        Date/Time: 1/25/19 0005
Returned to inmate by (print name): _____          Date/Time: _____

Inmate Request Form revised 10/2015

Step 1 Grievance Response

Incident No:48558
Inmate Name:Glivar, Meigra
Inmate Number:336638

Responding Deputy/Staff:Z.Poulsen WC0144
Date:01/22/20119
Time:1525Hrs

Inmate's Step 1 Grievance Narrative:

Inmate Glivar is stating that he books (account) are incorrect and she is not able to order commissary .

Inmate Glivar states that the commissary program is wrong.

Step 1 Grievance Response:

Inmate Glivar your grievance is being rejected as you can not skip to a Step 4. Your grievance is also being rejected because your concerns were answered previously in Incident 48107. Please follow Section 19 of the Inmate handbook.

No Further action from this Deputy

Step 1 Grievance Response

Incident No:48107
Inmate Name:Meigra GLivar
Inmate Number:336638

Responding Deputy/Staff:Welch WC290
Date/Time:Fri Jan 11 12:19:23 2019

Inmate's Step 1 Grievance Narrative:

Inmate is grieving the fact her account balance is wrong.

Step 1 Grievance Response:
Inmate Glivar, I spoke with a booking technician about your concern on your balance, this is what she informed me:

The inmate was booked in on 2/8/18 and the booking fee was charged of $30.00.
When the inmate was booking in, they had $6.00 cash on them. The $6.00 was applied to the booking fees. Now there is a balance of -$24.00.

When the inmate left, they Owed the county $24.00.

The inmate was booked in again on 9/4/18 and charge the $30.00 booking fee. Now the inmate owes $54.00.
On 10/4/18 the saw medical and was charged the $10.00 medical fee. The balance now is owing $64.00.

On 10/11/18 there was a deposit from Santistevan of $40.00. That $40.00 was applied to the inmates prior booking fees. So it took the $24.00 still owed from 2/2018 leaving $16.00. The $16.00 was then applied to the debt of the booking fee owed from 9/4/18, leaving a booking fee balance of $14.00.

Adding the booking fee dept and the medical fee that was not paid for, the owing balance is now $24.00.

On 12/6/18 the inmate was charged for a prescription, $10.00. The inmate debt is now $34.00.

On 12/14/18 the inmate was charges $16.25 for replacement of a meal tray.

The inmate owes $50.25.



# Inmate Request Form

Name: Meigra Alivar
Inmate Number: 336038
Date: 1-10-2019
Housing Location: N-7

ONE REQUEST PER KITE PLEASE:
What is your request?
IF MEDICAL IN NATURE, GIVE DIRECTLY TO THE NURSE DURING MEDICATION ROUNDS

Hello,
Please allow me lotion for my dry peeling face since I'm indegent.
Thanks,

## STAFF USE BELOW THIS LINE

Routing: Housing Unit Deputy (printed name and badge number) _____

( ) Pod Deputy    ( ) Kitchen    ( ) Laundry    ( ) Phone services

( ) Inmate Services    ( ) Booking    ( ) Mail room    ( ) Other _____

Staff Response:

REQUEST NOT APPROVED

Staff Name/ID number (print name): JORDAN WCM 365   Date/Time 1/10/19 0800
Returned to inmate by (print name): _____   Date/Time 1800



# Inmate Grievance Form

Inmate name (printed): GLIVAR, MEIGRA    Inmate ID number: 336638
Date 1/3/19  Pod/Housing Unit N-8    Refer to Inmate Handbook Section 19 for Grievance Guidelines

Is this grievance for the medical staff? (circle one) Yes (No)
Is this grievance for the kitchen? (circle one) Yes (No)
Are you grieving a specific person? (circle one) Yes (No) If yes, who is it? _____

What grievance step is this? (circle one) (1) 2 3 4.  For steps 2, 3 and 4 include the grievances you wrote

**Using only the space provided below, what is your grievance?**

I've turned in 2 unanswered/unreturned grievances concerning the "balance" column on my commissary account. Because of this over the course of four months I have not been able to spend my $80.00. I show an incorrect "debit balance" of $50.25. The correct balance is $63.75. Please fix the spreadsheet formatting for the formula in the balance column. This is grievance 3 of 3 on this issue. I do not possess previous 1 of 3, 2 of 3 so if you ask for them perhaps another dept is holding on to them but I do not have them.

Regards,

Staff use only (print names):
Receiving Deputy Name and Badge # Welch 290    Date 1/4/19

Grievance Answered by _____    Date _____

Inmate Grievance Form revised 10/2015

# Inmate Request Form

**Weld County Sheriff**

Name: Meigra Glivar
Inmate Number: 336658
Date: 12/30/18
Housing Location: N8

What is your request?
*IF MEDICAL IN NATURE, GIVE DIRECTLY TO THE NURSE DURING MEDICATION ROUNDS*

Hi, please refrain from using "soy" on my vegan tray. Cheese instead of soy is fine. Thanks. P.S. I'm not stupid. ☺

---

**STAFF USE BELOW THIS LINE**

Routing: Housing Unit Deputy (printed name and badge number): Stuht

( ) Pod Deputy  (X) Kitchen  ( ) Laundry  ( ) Phone services
( ) Inmate Services  ( ) Booking  ( ) Mail room  ( ) Other ____

Staff Response: If you want a soy free diet you need to go through medical, we do not change diets in the kitchen.

Staff Name/ID number (print name): O. Braun Aramark    Date/Time 1-2-19

Returned to inmate by (print name): ____    Date/Time ____

Inmate Request Form revised 10/2



**WELD COUNTY SHERIFF**

**Inmate Request Form**

N

Name: Meigra Ntwari
Inmate Number: 336637
Date: 12/20/18
Housing Location: N-9

ONE REQUEST PER KITE PLEASE:

What is your request?

*IF MEDICAL IN NATURE, GIVE DIRECTLY TO THE NURSE DURING MEDICATION ROUNDS*

Please send me a bible, and a Koran.

Thanks,

---

**STAFF USE BELOW THIS LINE**

Routing: Housing Unit Deputy (printed name and badge number) Overholt W0192

( ) Pod Deputy   ( ) Kitchen   ( ) Laundry   ( ) Phone services

( ) Inmate Services   ( ) Booking   ( ) Mail room   ( ) Other_____

Staff Response: Jail logs show you received a Book of Mormon on 10/16/18 — See Section 10.6 of the Inmate Handbook — Inmates are allowed only 1 Religious text per stay — cannot be exchanged or replaced.

Staff Name/ID number (print name):_____   Date/Time_____

Returned to inmate by (print name):_____   Date/Time_____

Inmate Request Form revised 10/2015

```
===========================================================
                  WELD COUNTY SHERIFFS OFFICE
===========================================================
                     Resident Account Summary
                   Monday, October 22, 2018  @09:55
===========================================================================
For Name Number: 336638      GLIVAR, MEIGRA
---------------------------------------------------------------------------
   Date    Transaction Description           Amount   Balance    Owed    Held   Reference
---------------------------------------------------------------------------
10/11/2018  <BOOKING FE Payment for BOOKING FEE o   -16.00    0.00    24.00   0.00   10/11/2018
10/11/2018  <BOOKING FE Payment for BOOKING FEE o   -24.00   16.00    40.00   0.00   10/11/2018
10/11/2018  SECUREDEPOS 43137390 Santistevan Evan    40.00   40.00    64.00   0.00   10/11/2018
10/04/2018  MEDICAL DBT 09042018 RX QUET ENDS 120    10.00    0.00    64.00   0.00   10/04/2018
09/04/2018  BOOKING FEE BOOKING FEE 18-13215         30.00    0.00    54.00   0.00   09/04/2018
02/08/2018  <BOOKING FE Payment for BOOKING FEE o    -6.00    0.00    24.00   0.00   02/08/2018
02/08/2018  KIOSK CASH  BOOKING KIOSK CASH DEPOSI     6.00    6.00    30.00   0.00   02/08/2018
02/08/2018  BOOKING FEE BOOKING FEE 18-02049         30.00    0.00    30.00   0.00   02/08/2018
```

Page 1



# Inmate Request Form

Name: MEIGRA GLIVAR
Inmate Number: 356638
Date: 10/17/18
Housing Location: N-8

What is your request? NOT FOR INMATE SERVICES / POD DEPUTY OR SUPERVISE
*IF MEDICAL IN NATURE, GIVE DIRECTLY TO THE NURSE DURING MEDICATION ROUNDS*

GOOD EVENING,
MY COMMISARY MATH SHOULD REFLECT THE FOLLOWING:

```
  30
+  6   36
-  6   30
+ 30   60
+ 10   70
+ 40  110
+ 10  120
- 24   96
- 16   80   MY BALANCE SHOULD BE $80.00
```

## STAFF USE BELOW THIS LINE

Routing:   Housing Unit Deputy (printed name and badge number) WC294

( ) Pod Deputy      ( ) Kitchen      ( ) Laundry      ( ) Phone services

(X) Inmate Services      ( ) Booking      ( ) Mail room      ( ) Other _____

Staff Response:

See attached
account Balance

Staff Name/ID number (print name): Hort
Date/Time: 10/22/18
Returned to inmate by (print name): _____
Date/Time: _____

Inmate Request Form revised 10/2015

# Patient Communication

**MEIGRA GLIVAR**
**#18-13215**

| JMS ID: | 336638 | Location: |
| DOB: | 05/11/1981 | Interviewer: |
| Agency: | County | |

| Patient Communication Note: | The provider did not approve your request to have a multivitamin, magnesium and iron supplement |
|---|---|



# Inmate Request Form

Name: Olivar, Maigia
Inmate Number: 336638
Date: 10/12/18
Housing Location: X-8 (deathrow)

What is your request?
*IF MEDICAL IN NATURE, GIVE DIRECTLY TO THE NURSE DURING MEDICATION ROUNDS*

Hello, Please correct my commissary balance to $70.00. Here is the correct calculations: 30+6-6+30+10+40-24-16. Thank you very much.

## STAFF USE BELOW THIS LINE

Routing: Housing Unit Deputy (printed name and badge number) _Medill WCO218_

( ) Pod Deputy ( ) Kitchen ( ) Laundry ( ) Phone services
(X) Inmate Services ( ) Booking ( ) Mail room ( ) Other____

Staff Response:

You have never ordered Commissary. No adjustments will be made.

Staff Name/ID number (print name): _____ WC#677  Date/Time 10/14/18
Returned to inmate by (print name): _____ Date/Time _____

Inmate Request Form revised 10/2015



Inmate Name Neira Glivar
Weld County Jail
2110 "O" Street
Greeley, CO 80631

LEGAL

U.S. District Court 21
901 19th Street
Denver CO 80294